IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICKY SWEET,

        Plaintiff,

v.                                                  4:06cv321-WS

JAMES McDONOUGH,

        Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation (doc. 25) docketed January 17, 2007. The Magistrate Judge recommends that Defendant's Motion to Dismiss Second Amended Complaint be denied. Defendant has filed objections (doc. 26) to the Report and Recommendation, and Plaintiff has responded (doc. 27) to those objections.

The court having considered the record in light of Defendant's objections, it is ORDERED:

    1. The Magistrate Judge's Report and Recommendation (doc. 25) is ADOPTED and incorporated by reference into this order.

    2. Defendant's Motion to Dismiss Second Amended Complaint (doc. 22) is DENIED.

    3. Defendant shall submit a special report on the merits of Plaintiff's claims on or before March 9, 2007.

4.  The Clerk shall return the case to the Magistrate Judge for further proceedings.

DONE AND ORDERED this     16th     day of     February     , 2007.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT

Case No. 4:06cv321-WS