...

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RICKY SWEET,**

    **Plaintiff,**

**vs.**                                                            **Case No. 4:06cv321-WS/WCS**

**JAMES McDONOUGH,**

    **Defendant.**

                                       /

## REPORT AND RECOMMENDATION

Plaintiff, a *pro se* inmate, filed a "notice of dismissal," doc. 35, and Defendant was given until July 1, 2007, to file any objection to the dismissal of this action. Doc. 36. As nothing has been filed by the Defendant, it is presumed that both parties stipulate to dismissal of this case. Therefore, pursuant to Rule 41(a)(1)(ii), this case should be dismissed without prejudice.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's notice of dismissal, doc. 36, be **ACCEPTED** as a stipulated notice of dismissal and this case be **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IN CHAMBERS** at Tallahassee, Florida, on July 11, 2007.

                                            s/     William C. Sherrill, Jr.
                                      **WILLIAM C. SHERRILL, JR.**
                                      **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

Case No. 4:06cv321-WS/WCS