IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


RICKY SWEET,

        Plaintiff,

v.                                    4:06cv321-WS

JAMES McDONOUGH,

        Defendant.
_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the Court is the Magistrate Judge's Report and Recommendation (doc. 37) docketed July 11, 2007.  The Magistrate Judge recommends that this action be dismissed pursuant to Plaintiff's notice of dismissal.  Defendant has filed no objections to the dismissal.

      The Court having reviewed the record, it is ORDERED:

      1.  The Magistrate Judge's Report and Recommendation (doc. 37) is hereby ADOPTED and incorporated by reference into this order.

      2.  Plaintiff's complaint and this action are hereby DISMISSED pursuant to Plaintiff's notice of dismissal.

      3.  The Clerk shall enter judgment accordingly.

      DONE AND ORDERED this ___10th___ day of ___August___, 2007.

s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE